# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ANDREW CHARLES HOY,**

    Debtor(s)

**LAKEVIEW LOAN SERVICING, LLC.,**

    Movant(s)

vs.

**ANDREW CHARLES HOY and CHARLES J. DEHART, III, ESQUIRE (TRUSTEE),**

    Respondent(s)

| | |
|---|---|
| Chapter | 13 |
| Case Number: | 1:16-bk-00149-MDF |
| Document No.: | 31 |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of the statement in open court that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by December 22, 2016, the Court may deny this Motion without further notice.

Date: November 28, 2016

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)