UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANDREW CHARLES HOY | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| ANDREW CHARLES HOY | : | |
| Respondent(s) | : | CASE NO. 1-16-bk-00149 |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

     AND NOW, this 9th of November, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

     a. The debtor(s) defaulted under their original plan or their previous plan.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

     Respectfully submitted:

     Charles J. DeHart, III
     Standing Chapter 13 Trustee
     8125 Adams Drive, Suite A
     Hummelstown, PA 17036
     (717) 566-6097

     BY:     /s/James K. Jones
                 Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 9th day of November, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA   17101

                                               /s/Deborah A. Behney
                                               Office of Charles J. DeHart, III
                                               Standing Chapter 13 Trustee