**From:** hoy21@hotmail.com,
**To:** doriemott@aol.com,
**Subject:** Re: Discharge Certification
**Date:** Wed, Jul 15, 2020 11:26 am
**Attachments:**

---

B2830 (Form 2830) (04/19)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :    **CHAPTER 13**
ANDREW CHARLES HOY       :
Debtor                        :    **CASE NO. 1:16-bk-00149**
                                   :

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I. Certification Regarding Domestic Support Obligations** *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II.** *If you checked the second box, you must provide the information below.*

My current address is: 21 Clover Lane Halifax, PA 17032

My current employer and my employer's
address is: SYGMA NETWORK INC 4000 INDUSTRIAL ROAD
HARRISBURG, PA 17110

**Part III. Certification Regarding Section 522(q)** *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.



*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

BY: _____
Andrew Charles Hoy



Sent from my iPhone

On Jul 15, 2020, at 9:00 AM, Dorothy L. Mott <doriemott@aol.com> wrote:

Hi, Please sign and return the attached discharge certification immediately so your case does not get closed without a discharge. Thank you.

Dorothy L. Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 Fax
doriemott@aol.com

Please be advised that there is a risk in using email that the security of your communications may be compromised by a third party.
This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, U.S.C. Sections 2510-2521, is confidential, and legally privileged. This message may also be privileged and attorney work product. They are intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. You are hereby noticed that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.
<20200506-125853 - Unsigned Discharge Cert With Post Petition Obligations Debtor.PDF>