```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 16-00149-HWV
Andrew Charles Hoy                                        Chapter 13
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke      Page 1 of 2         Date Rcvd: Jul 16, 2020
                           Form ID: 3180W        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db              +Andrew Charles Hoy,    21 Clover Lane,    Halifax, PA 17032-9512
4741755         +AES/GOALFINC,    PO BOX 61047,    HARRISBURG, PA 17106-1047
4741756         +CENLAR,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
4741760         +HUD/FHA,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
                 OKLAHOMA CITY, OK 73102-2811
4741763         +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
4741764         +LAKEVIEW LOAN SERVICING, LLC,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
4793830          Lakeview Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
4755124         +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
4741767         +PROGRESSIVE INSURANCE,    5165 CHAMPUS DR, STE 100,    PLYMOUTH MEETING, PA 19462-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               EDI: ECMC.COM Jul 16 2020 23:43:00      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
4741757         +E-mail/Text: dehartstaff@pamd13trustee.com Jul 16 2020 19:43:06     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4741758          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 19:42:59      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4741759         +EDI: CCS.COM Jul 16 2020 23:43:00      CREDIT COLLECTION SERVICES,    TWO WELLS AVE,
                 NEWTON, MA 02459-3246
4904229          EDI: ECMC.COM Jul 16 2020 23:43:00      Educational Credit Management Corporation,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
4904230          EDI: ECMC.COM Jul 16 2020 23:43:00      Educational Credit Management Corporation,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408,    Educational Credit Management Corporatio,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
4741761          EDI: IRS.COM Jul 16 2020 23:43:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
5115474         +E-mail/Text: camanagement@mtb.com Jul 16 2020 19:42:56      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840,    Lakeview Loan Servicing LLC,
                 c/o M&T Bank 14240-0840
5115473          E-mail/Text: camanagement@mtb.com Jul 16 2020 19:42:56      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
4741765         +E-mail/Text: unger@members1st.org Jul 16 2020 19:43:07      MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
4741766         +E-mail/Text: Bankruptcies@nragroup.com Jul 16 2020 19:43:08      NATIONAL RECOVERY AGENCY,
                 PO BOX 67015,    HARRISBURG PA 17106-7015
4741768         +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 16 2020 19:42:53      UNEMPLOYMENT
                 COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4741769         +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 16 2020 19:42:53      UNEMPLOYMENT COMP TAX MATTERS,
                 HARRISBURG CASES - OFF OF CHIEF COUNSEL,    DEPT OF LABOR & INDUSTRY,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
                                                                               TOTAL: 13

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4741762*         IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                          Signature:  /s/Joseph Speetjens

_____

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Andrew Charles Hoy DorieMott@aol.com,
          KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC
          josh.goldman@padgettlawgroup.com,  bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor   Lakeview Loan Servicing, LLC pabk@logs.com
          Thomas I Puleo    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                              TOTAL: 7

| Debtor 1 | **Andrew Charles Hoy** | | Social Security number or ITIN | xxx–xx–2224 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN EIN | _ _ _ _  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  1:16–bk–00149–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew Charles Hoy

**By the court:**

7/16/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**