In re:                                                              Case No. 16-00149-HWV
Andrew Charles Hoy                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1         Date Rcvd: Aug 18, 2020
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db              +Andrew Charles Hoy,    21 Clover Lane,    Halifax, PA 17032-9512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor 1 Andrew Charles Hoy DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC
         josh.goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
        Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC pabk@logs.com
        Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew Charles Hoy,

**Debtor 1**

Chapter        13

Case No.        1:16–bk–00149–HWV

Social Security No.:

xxx–xx–2224

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  August 18, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)